IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA ANGELA JOHNSON, | No. 2:18-CV-0005-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. When the action was initiated, plaintiff was proceeding pro se. While proceeding pro se, plaintiff filed a document with this court (Doc. 9) which appears to be a letter to defendant requesting voluntary remand. Because the document is not a proper pleading or motion and does not seek any relief from the court, and because it was filed by plaintiff pro se and plaintiff is now represented by counsel, it will be stricken from the record.

/ / /

/ / /

1

While pro se, plaintiff also filed a document entitled "Request for Default Judgment." That request will be denied because, at the time it was filed, the deadline to respond to the complaint had not passed and, as such, defendant was not in default.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's pro se filing (Doc. 9) is stricken; and

2. Plaintiff pro se request for default judgment (Doc. 11) is denied.

DATED: July 19, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE