SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO BRANCH**

| | |
|---|---|
| LORENA ANGELA JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant | Case No.: 2:18-cv-00005-CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

      IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion for Summary Judgment in the above-referenced case is hereby extended to the new due date of September 4, 2018.

      This extension (30 days) is requested because the attorney will be in Las Vegas, Nevada for a motion hearing and will need additional time to review the extremely large hard copy transcript prior to filing the Motion for Summary Judgment.

| | | |
|---|---|---|
| DATED: August 2, 2018 | | */s/ Shellie Lott* |
| | | Shellie Lott |
| | | Attorney for Plaintiff |

| | | |
|---|---|---|
| DATED: August 2, 2018 | | McGREGOR W. SCOTT |
| | | United States Attorney |
| | | DEBORAH LEE STACHEL |
| | | Regional Chief Counsel, Region IX |
| | | |
| | | */s/ Sharon Lahey* |
| | | SHARON LAHEY, |
| | | (As authorized via E-mail on 7/30/18) |
| | | Special Assistant U S Attorney |
| | | Attorneys for Defendant |

```
SHELLIE LOTT, SBN:   246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| LORENA ANGELA JOHNSON,<br><br>            Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>            Defendant | Case No.: 2:18-cv-00005-CMK<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

    Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

    Plaintiff shall file her Motion for Summary Judgment/Remand on or before September 4, 2018.

    SO ORDERED.

Dated:  August 2, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE