SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| LORENA JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 2:18-cv-00005-DMC<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion for Summary Judgment in the above-referenced case is hereby extended to the new due date of September 25, 2018. The Commissioner's response, as requested at the time of stipulation, will be due by November 19, 2018.

This extension (21 days) is requested because the claimant originally filed the appeal In-Pro-Per and the brief writer needs additional time to research some issues that have come to her attention. The extension for the Commissioner's response is requested because of a heavy

workload at the time of the due date based on this extension.

September 19, 2018             */s/ Shellie Lott*  
                               Shellie Lott  
                               Attorney for Plaintiff

September 19, 2018             McGREGOR W. SCOTT  
                               United States Attorney  
                               DEBORAH LEE STACHEL  
                               Regional Chief Counsel, Region IX

                               */s/ Sharon Lahey*  
                               SHARON LAHEY,  
                               (As authorized via E-mail on 9/17/18)  
                               Special Assistant U S Attorney  
                               Attorneys for Defendant

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| LORENA JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:18-cv-00005-DMC<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

　　　　Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

　　　　Plaintiff's motion for summary judgment, filed on September 18, 2018, is deemed timely. The Commissioner's response will be due November 19, 2018.

　　　　SO ORDERED.

Dated: September 19, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE