MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| LORENA ANGELA JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner Of Social Security,<br><br>Defendant. | CASE NO. 2:18-cv-00005-DMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

LORENA ANGELA JOHNSON (Plaintiff) and NANCY A. BERRYHILL, Acting Commissioner Of Social Security (Defendant or the Commissioner), hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Defendant to respond to Plaintiff's Motion for Summary Judgment (Docket Number 27). This is the fourth request for an extension of time sought in the above-captioned matter, and it is Defendant's first request for additional time. The current deadline is November 19, 2018, and the new deadline would be December 3, 2018. Defendant requests this additional time because her undersigned counsel was unexpectedly out of the office on medical leave during the week of November 5, 2018. As a result, the undersigned defense counsel requires additional time to adequately address the issues

Plaintiff raises in her motion for summary judgment.  The parties further stipulate that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,

CERNEY KREUZE & LOTT, LLP

Dated: November 15, 2018              By:  /s/ *Shellie Lott**
                                      SHELLIE LOTT
                                      Attorney for Plaintiff
                                      [*As authorized by e-mail on November 15, 2018

Dated: November 15, 2018              MCGREGOR W. SCOTT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX


                                      By:  /s/ *Sharon Lahey*
                                      SHARON LAHEY
                                      Assistant Regional Counsel


## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.  Defendant shall respond to Plaintiff's motion for summary judgment on or before December 3, 2018.  Plaintiff shall file any reply on or before December 17, 2018.  All other deadlines are modified accordingly.

Dated:  November 19, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE