MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| ANGELA JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner Of Social Security, <br><br> Defendant. | CASE NO. 2:18-cv-00005-DMC <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

ANGELA JOHNSON (Plaintiff) and NANCY A. BERRYHILL, Acting Commissioner Of Social Security (Defendant or the Commissioner), hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Defendant to respond to Plaintiff's Motion for Summary Judgment (Docket Number 27). This is the fifth request for an extension of time sought in the above-captioned matter, and it is Defendant's second request for additional time. The current deadline is December 3, 2018, and the new deadline would be December 17, 2018. Defendant requests this additional time because the agency is currently considering the voluntary remand of this action without additional briefing by the parties.

The parties further stipulate that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,

CERNEY KREUZE & LOTT, LLP

Dated: December 3, 2018

By: /s/ *Shellie Lott**
SHELLIE LOTT
Attorney for Plaintiff
[*As authorized by e-mail on December 3, 2018

Dated: December 3, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By: /s/ *Sharon Lahey*
SHARON LAHEY
Assistant Regional Counsel

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant shall respond to Plaintiff's motion for summary judgment on or before December 17, 2018. Plaintiff shall file any reply on or before December 31, 2018. All other deadlines are modified accordingly.

Dated: December 6, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE